[None]

WILLIAM McCARTNEY
v.
MOSES EGLESTON

1808

JOURNAL ENTRIES

1. Rule to reply . . . . . . . . . . *Journal, infra,* \*p. 133
2. Consent concerning depositions . . . . . . . . " 177
3. Dismissal . . . . . . . . . . . . " 226

PAPERS IN FILE

[None]